IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:17-cr-00187-4 |
| | ) | JUDGE RICHARDSON |
| CHRISTOPHER NUNLEY | ) | |
| | ) | |

## ORDER

Pending before the Court is the Government's Motion to Dismiss Charges as to Defendant Christopher Nunley Only. (Doc. No. 179, "Motion"). For the reasons the Government identified in the Motion, and in light of the lack of objection by Defendant, the Court **GRANTS** the motion pursuant to Fed. R. Crim. P. 48(a). All charges against Defendant Nunley in the above-captioned case are hereby **DISMISSED** without prejudice.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE